IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS COMBS,

Plaintiff,

vs. Cause No. 1:25-cv-00539 JMR/JHR

NICHOLAS PRUTZMAN, and
NEW PRIME, INC. DBA PRIME INC.,

Defendants.

**STIPULATED ORDER EXCUSING DEFENDANT NICHOLAS PRUTZMAN FROM APPEARING AT SETTLEMENT CONFERENCE**

THIS MATTER came before the Court on Defendants' Unopposed Motion to Excuse Defendant Nicholas Prutzman's Appearance at Settlement Conference. The Court, having reviewed the Motion, noting it is not opposed, and being otherwise fully informed, finds the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Defendant Nicholas Prutzman should be, and hereby is, excused from appearing at the October 30, 2026, Settlement Conference in this matter.

**IT IS SO ORDERED.**

HON. JERRY H. RITTER
United States Magistrate Judge